IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3177 |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN DOUGLAS SUTTON, | ) | ORDER |
| JOHN HENRY SUTTON, | ) | |
| JULIUS DION SUTTON, | ) | |
| MELODY ANN WINTERS, | ) | |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that Mark Weber is appointed to represent Julius Dion Sutton. The Federal Public Defender should issue the appropriate voucher to Mr. Weber. Mr. Weber should contact Mr. Gross to obtain background information and then contact Mr. Sutton. Because Mr. Weber may have a partial conflict with the trial date, my judicial assistant will schedule a telephone conference with all counsel of record for defendants who have not expressed a desire to plead guilty and the prosecutor so that trial scheduling may be further discussed.

    DATED this 31st day of August, 2009.

                                               BY THE COURT:

                                               *Richard G. Kopf*
                                               United States District Judge