IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3177 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JOHN DOUGLAS SUTTON, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has orally moved to continue his plea hearing currently set for February 3, 2010. The government does not oppose defendant's motion.

IT IS ORDERED:

1) The defendant's unopposed motion to continue is granted, and defendant's plea hearing will be held before the undersigned magistrate judge on the 11th day of February, 2010, at 1:30 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska. The defendant is ordered to appear at this hearing.

2) The Court finds the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and February 11, 2010 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 29th day of January, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge