IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3177 |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN DOUGLAS SUTTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon receipt of the 2014 Drug Retroactive Sentencing Worksheet from the Probation Office (filing no. 271),

IT IS ORDERED that the defendant, John Douglas Sutton, is not entitled to a reduction of sentence under Amendment 782 because (1) he is subject to a mandatory minimum sentence of 120 months; and (2) under the Amendment, his sentence cannot be reduced below the statutory minimum sentence.

DATED this 23rd day of April, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge